IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PUOL PUOL,<br><br>                Defendant. | 8:25CR186<br><br>ORDER |

      The court, having granted Motion to Withdraw as Counsel (Filing No. 68), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

      **IT IS ORDERED** that Theodore C. Turnblacer, Jr., 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Puol Puol for the balance of these proceedings pursuant to the Criminal Justice Act. Richard P. McGowan shall forthwith provide Theodore C. Turnblacer, Jr. any discovery materials provided to the defendant by the government and any such other materials obtained by Richard P. McGowan which are material to Puol Puol's defense.

      **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Theodore C. Turnblacer, Jr.

      DATED this 5th day of November, 2025.

                                    BY THE COURT:

                                    s/ Michael D. Nelson<br>
                                    United States Magistrate Judge